UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| YANDONG SONG,<br>Petitioner,<br>v.<br>JAMES JANECHA, et al.,<br>Respondents. | No. 5:26-cv-05156-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied with prejudice as to Claims One and Two and without prejudice as to Claims Three and Four.

Dated: **SEPTEMBER 18, 2026**

JOHN D. EARLY
United States Magistrate Judge